**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

DEC 31 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) No. | 3:98-CR-381-T |
| | ) | 3:01-CV-618-T |
| v. | ) | |
| | ) | |
| NITIN SHETTY | ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _31_ day of _December_, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE